# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MADHUKAR DHAS,** | : |
| **Plaintiff,** | : |
| | :    **CIVIL ACTION** |
| v. | : |
| | :    **NO. 21-1385** |
| **IC SYSTEM INC.,** | : |
| **Defendant.** | : |

## ORDER

**AND NOW**, this 27th day of August 2021, upon consideration of Plaintiff's Voluntary Dismissal (ECF No. 11), **IT IS HEREBY ORDERED AND DECREED** that this matter is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.